# KATHARINE K. PRESUTTI *v.* JOSEPH L. PRESUTTI
## (15702)

Dupont, C. J., and Lavery and Landau, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.

# JOZSEF BOGDAN *v.* LEONARD MACISCO ET AL.
## (15430)

Dupont, C. J., and Lavery and Landau, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.

# DANIEL M. HUNT *v.* JOYCE L. PERROTTE ET AL.
## (15583)

Foti, Heiman and Schaller, Js.

Argued January 14—officially released January 28, 1997

Per Curiam. The judgment is affirmed.